| STERLING DOUCETTE, DAVID NIXON, AND LEON RICHARD | * | NO. 2024-CA-0585 |
|---|---|---|
| | * | COURT OF APPEAL |
| VERSUS | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| EASTOVER PROPERTY OWNERS' ASSOCIATION, INC. AND EASTOVER NEIGHBORHOOD IMPROVEMENT AND SECURITY DISTRICT | * | |
| | * | |
| | * | |
| | * * * * * * * | |

*JCL*     LOBRANO, J., CONCURS IN THE RESULT